IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JIMMY ALAN DOUGHTY                                                                    PLAINTIFF

V.                                        NO: 4:15CV00749 JM/PSH

SCOTT MONTGOMERY *et al*                                                         DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Jimmy Alan Doughty filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on December 8, 2015. On February 2, 2016, after mail sent to plaintiff at his address of record was returned as undeliverable, the Court entered an order directing plaintiff to file a notice of his current address within 30 days, and warned him that his failure to do so would result in the recommended dismissal of his complaint (Doc. No. 13). Because the Arkansas Department of Correction's public website indicated that plaintiff might have been held at the Cummins Unit, that order was sent to plaintiff at his address of record, as well as at the ADC's Cummins Unit. The order sent to plaintiff at his address of record was returned (Doc. No. 14). The order sent to him at the Cummins Unit has

1

not been returned.

More than 30 days have passed, and plaintiff has not updated his address or otherwise responded to the order. Under these circumstances, the Court concludes that plaintiff's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 10th day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE